```
 1  MILBERG WEISS BERSHAD
      HYNES & LERACH
 2  JOHN E. GRASBERGER (89774)
    222 Kearny Street, 10th Floor
 3  San Francisco, CA  94108
    Telephone:  415/288-4545
 4         -and-
    MILBERG WEISS BERSHAD
 5    HYNES & LERACH
    TRAVIS E. DOWNS, III (148274)
 6  600 West Broadway, Suite 1800
    San Diego, CA  92101
 7  Telephone:  619/231-1058

 8  WRIGHT & BONDS
    EDWARD L. WRIGHT
 9  212 Center Street, Suite 900
    Little Rock, AR  72201
10  Telephone:  501/376-2500

11  LAW OFFICES OF STEVEN E. CAULEY
    STEVEN E. CAULEY
12  400 West Capitol, Suite 1731
    Little Rock, AR  72201
13  Telephone:  501/375-1200

14  Attorneys for Plaintiff

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                    WESTERN DIVISION

19
    MARK PFEIFER, On Behalf of    )  NO. CV-94-1862-ABC (BRx)
20  Himself and All Others         )
    Similarly Situated,            )  CLASS ACTION
21                                 )
              Plaintiff,           )  [PROPOSED] ORDER AWARDING
22                                 )  PLAINTIFF'S COUNSEL'S FEES AND
                                   )  EXPENSES
23       vs.                       )
                                   )  [SUPERSEDES EARLIER-FILED
24                                 )  PROPOSED ORDER]
    THOMAS A. McFALL, et al.,      )
25                                 )  DATE:  October 23, 1995
              Defendants.          )  TIME:  11:00 a.m.
26  _____  )  CTRM:  Hon. Audrey B. Collins

27
         THIS MATTER having come before the Court on October 23, 1995
28
    on the application of Representative Plaintiff's Counsel for an
```

Stamps: LODGED CLERK U.S. DISTRICT COURT OCT 16 1995 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY; FILED OCT 23 1995 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

1  award of attorneys' fees and reimbursement of expenses incurred in
2  the above-captioned action; the Court, having considered all
3  papers filed and proceedings conducted herein, having found the
4  Settlement of this action to be fair, reasonable and adequate and
5  otherwise being fully informed in the premises and good cause
6  appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED
7  that:

9  1. All of the capitalized terms used herein shall have the
10 same meaning as set forth in the Stipulation of Settlement dated
11 as of May 3, 1995.

13 2. This Court has jurisdiction over the subject matter of
14 this application and all matters relating thereto, including all
15 members of the certified class who have not timely and validly
16 requested exclusion.

18 3. The Court hereby awards Representative Plaintiff's
19 Counsel attorneys' fees in the amount of thirty percent (30%) of
20 the Settlement Fund plus litigation expenses incurred in an
21 aggregate amount of $69,314.44 [$73,415.39 struck through] together with the interest earned
22 thereon for the same period and at the same rate as that earned on
23 the cash portion of the Settlement Fund until paid. Said fees
24 shall be allocated as follows: 22.6% to Wright & Bonds; and 77.4%
25 to Milberg Weiss Bershad Hynes & Lerach and the Law Offices of
26 Steven E. Cauley to be divided between those two firms in
27 accordance with their agreement. The expenses shall be allocated
28 as follows: $398.35 [$2,249.10 struck through] to Wright & Bonds, and $68,160.09 [$71,166.29 struck through] to Milberg

2.

Weiss Bershad Hynes & Lerach, *and $757.10 to the Law Offices of Steven Failey*. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage of recovery" method.

4. The awarded attorneys' fees and expenses and interest earned thereon, shall be paid to Plaintiff's settlement counsel named above within three business days after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation of Settlement and in particular ¶ 7.2 thereof which terms, conditions and obligations are incorporated herein.

**IT IS SO ORDERED.**

DATED: Oct 23, 1995

_____
THE HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

75092.1

3.

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, 29th Floor, Los Angeles, California 90071.

On October 16, 1995, I served the foregoing document: **[PROPOSED] ORDER AWARDING PLAINTIFF'S COUNSEL'S FEES AND EXPENSES** upon the interested parties in this action in a sealed envelope addressed as follows:

Steven E. Cauley
LAW OFFICES OF STEVEN E. CAULEY
400 West Capitol, Suite 1731
Little Rock, AR  72201

John E. Grasberger
MILBERG WEISS BERSHAD HYNES & LERACH
222 Kearny Street, 10th Floor
San Francisco, CA  94108

Travis E. Downs, III
MILBERG WEISS BERSHAD HYNES & LERACH
600 West Broadway, Suite 1800
San Diego, CA  92101-5050

Daniel P. Lefler
IRELL & MANELLA
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276

Joel A. Feuer
GIBSON, DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA  90071-3197

(X)  (**By Mail [Federal]**) I placed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

(X)  Executed on October 16, 1995, at Los Angeles, California.

(X)  (**Federal**)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_Zelene C. Hall_
Zelene C. Hall

75092.1

4.